# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| Evelyn Crespo Garcia,<br>    *Plaintiff,*<br><br>vs.<br><br>Frank Bisignano, Commissioner,<br>Social Security Administration,<br>    *Defendant.* | Civil No.: 1:25-cv-13078-BEM<br><br><br>District Judge Brian E. Murphy |

### Order Entering Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Voluntary Reversal and <u>Remand to the Commissioner of Social Security</u>

The Court hereby allows defendant's Assented-to Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the case to defendant. This action is hereby reversed and remanded to the Commissioner of Social Security for further administrative proceedings. Upon remand, the Appeals Council will instruct the ALJ to further consider plaintiff's maximum residual functional capacity during the entire period at issue and provide rationale with specific references to evidence of record in support of the assessed limitations. In so doing, the ALJ will evaluate the medical opinion evidence and/or prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c. As appropriate, the ALJ may request that the medical source(s) provide additional evidence and/or further clarification of the opinion(s). 20 C.F.R. §§ 404.1520b, 416.920b. The Appeals Council will also instruct the ALJ to offer plaintiff the opportunity for a hearing, take further action to complete the administrative record and issue a new decision.

SO ORDERED this  21st  day of  January , 2026.

/s/ *Brian E. Murphy*
_____
Brian E. Murphy
United States District Judge